IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DANIEL ANGEL RODRIGUEZ,** | ) | CASE NO. 7:20CV00285 |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| **WILLIAM BARR,** | ) | By: Hon. Glen E. Conrad |
| | ) | Senior United States District Judge |
| **Defendant.** | ) | |

By opinion and order entered November 24, 2020, the court summarily dismissed this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), finding that the claims were barred under Heck v. Humphrey, 512 U.S. 477, 487 (1994). Plaintiff Daniel Angel Rodriguez now moves for reconsideration of that dismissal. Having reviewed the record and Rodriguez's motion, the court finds no grounds on which the dismissal order should be altered or amended in any way. Accordingly, Rodriguez's motion will be denied. An appropriate order will be entered herewith.

The Clerk is directed to send copies of this memorandum opinion and accompanying order to the plaintiff.

**ENTER**: This ____27th____ day of January, 2021.

_____
Senior United States District Judge